

NUMBER 13-18-00529-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE MCALLEN HOSPITALS, L.P.

On Petition for Writ of Mandamus.

## ORDER

### Before Justices Rodriguez, Contreras, and Benavides
### Per Curiam Order

Relator McAllen Hospitals, L.P. filed a petition for writ of mandamus in the above cause on September 21, 2018. Through this original proceeding, relator seeks to compel the multi-district pretrial court to grant its motion for summary judgment regarding the validity of its liens under Chapter 55 of the Texas Property Code. *See generally* TEX. PROP. CODE ANN. §§ 55.001-.008 (West, Westlaw through 2017 1st C.S.); TEX. CIV. PRAC. & REM. CODE ANN. §§ 12.001–.007 (West, Westlaw through 2017 1st C.S.).

The Court requests that the real parties in interest, Candy Alfaro et al.,[1] or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 24th
day of September, 2018.

---

[1] The Judicial Panel on Multi-District Litigation transferred the underlying cases for pretrial purposes to the 444th District Court of Cameron County, Texas, and the respondent is the Honorable David Sanchez. *See* TEX. R. APP. P. 52.2.

The real parties in interest include:  1. Candy Alfaro; 2. Armando Alvarado; 3. Elizabeth Alvarado; 4. Vanessa Ayala; 5. Omar Barbosa; 6. Jorge Bermeo; 7. Elvira Bernal; 8. Teodora Bernal; 9. Asuzena Berrones; 10. Maria Campos; 11. Angelita Castanon; 12. Orlando Castelan; 13. Anna Castro; 14. Luis Castro; 15. Jose Chapa; 16. Sergio Chavez; 17. Andra Chowdhury; 18. Luis Cortez; 19. Benita Cruz; 20. Ignacio Cruz; 21. Pedro Davila; 22. Rene Davila; 23. Nora Delacruz; 24. Lorena Delarosa; 25. Kibisaim Deleon; 26. Blanca Delgado; 27. Maria Delgado; 28. Erico Dominguez; 29. Joel Duran; 30. Felicitas Elizondo; 31. Jaime Garcia Escamilla; 32. Maria Escobedo; 33. Mario Escobedo; 34. Dulce Flores De Jimenez; 35. Angel Flores; 36. Rolando Fragoso; 37. Luz Maria Gamez; 38. Buenaventura Garcia; 39. Carlos Garcia; 40. Guadalupe Garcia (1816); 41. Israel Garcia; 42. Lourdes Garcia; 43. Minerva Garcia; 44. Nora Garcia; 45. Roel Garcia; 46. Aurelio Garza; 47. Herminia Garza; 48. Lisa Garza (7501); 49. Lisa Garza (7959); 50. Sandra Garza; 51. Moab Gomez (1798); 52. Aaron Gonzalez; 53. Bertha Gonzalez; 54. Kenia Vasquez; 55. Manuel Gonzalez; 56. Maria Gonzalez (1612); 57. Maria Gonzalez (1777); 58. Ramon Gonzalez; 59. Rubie Gonzalez; 60. Sylvia Gonzalez; 61. Aracely Grimaldo; 62. Fidel Grimaldo; 63. Joe Guerrero; 64. Maria Guerrero; 65. Rayna Guevara; 66. Itati Gutierrez; 67. Orieta Gutierrez; 68. Noemi Guzman; 69. Obed Guzman; 70. Daniel Hernandez; 71. Martha Hernandez; 72. Raquel Hernandez; 73. Ronnie Hernandez; 74. Joanna Hinojosa; 75. Joshua Hinojosa; 76. Dina Inch; 77. James Jackson; 78. Shawn Jones; 79. Norma Lara; 80. Bianca Leal; 81. Anahi Leija; 82. Graciela Lopez; 83. Jacinto Lopez; 84. Juan Lopez; 85. Julia Lopez; 86. Maria Lopez (1824); 87. Priscilla Lopez (1829); 88. Leticia Loyde; 89. Maria Lozano; 90. Jesus Lucio; 91. Selina Lucio; 92. Augusto Marquez; 93. Adan Martinez; 94. Aurora Martinez; 95. Lupe Martinez; 96. Rufina Martinez; 97. Rosa Mejia; 98. Myra Mendez; 99. Sergio Mendoza; 100. Dora Mercado; 101. Agustin Miranda; 102. Nancy Miranda; 103. Cesar Morales; 104. Maria Munoz; 105. Crisoforo Olivares; 106. Enedelia Padron; 107. Arnoldo Pena; 108. David Pena; 109. Irma Quintanilla; 110. Margarita Ramirez; 111. Robert Ramirez; 112. Onesimo Rangel; 113. Pedro Regalado; 114. Luis Robles; 115. Karidme Rocha; 116. Ana Rodriguez; 117. Lazaro Rodriguez; 118. Reynaldo Rodriguez; 119. Cynthia Salgado; 120. Norma Salinas; 121. Orfelinda Salinas; 122. Amanda Solis; 123. Christopher Soliz; 124. Rafael Soto; 125. Luis Trujillo; 126. Alma Vasquez; 127. Ivette Vasquez; and 128. Salvador Zepeda.

Other parties to this original proceeding include:  Universal Health Services, Inc.; Northwest Texas Healthcare System Inc.; Baptist St. Anthony's Health System d/b/a BSA Health System; Alegis Revenue Group, LLC; Doctors Hospital of Laredo, LP; Laredo Texas Hospital Company, LP; Professional Account Services, Inc.; and Turek DeVore, P.C.